**Mark WHITE, Plaintiff-Appellant,**

v.

**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY,**
**Defendant-Appellee.**

No. 17-1563

United States Court of Appeals,
Fourth Circuit.

Submitted: September 14, 2017

Decided: October 5, 2017

Mark White, Appellant Pro Se. Morris Kletzkin, I, Joseph Walter Santini, FRIEDLANDER MISLER, PLLC, Washington, D.C., for Appellee.

Before NIEMEYER and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark White appeals the district court's order granting Defendant's summary judgment motion on his claims, brought pursuant to the Family and Medical Leave Act, 29 U.S.C.A. §§ 2601 to 2654 (West 2009 & Supp. 2017); the Americans with Disabilities Act, 42 U.S.C. §§ 12101 to 12213 (2012); Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2017); and the Rehabilitation Act of 1973, as amended, 29 U.S.C.A. §§ 701 to 7961 (West 2008 & Supp. 2017). We have reviewed the record and discern no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See White v. Metro. Wash. Airports Auth.*, No. 1:16-cv-00670-LMB-IDD, 2017 WL 1823183 (E.D. Va. Apr. 14, 2017 & May 5, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*